# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

147689

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

JOEL MARTIN SELMAN,
        Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 147689
COA: 316389
Oakland CC: 2012-243580-FH

By order of June 11, 2014, the application for leave to appeal the July 18, 2013 order of the Court of Appeals was held in abeyance pending the decisions in *People v Hartwick* (Docket No. 148444) and *People v Tuttle* (Docket No. 148971). On order of the Court, the cases having been decided on July 27, 2015, 498 Mich 192 (2015), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE that part of the trial court's ruling that allows the defendant to present at trial his § 8 affirmative defense under the Michigan Medical Marihuana Act (MMMA), MCL 333.26421 *et seq*. Because the defendant failed to present prima facie evidence of each element of § 8(a), the defendant is not entitled to present a § 8 defense at trial. *Hartwick*, 498 Mich at 203. We REMAND this case to the Oakland Circuit Court for further proceedings not inconsistent with *Hartwick* or this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

p1216